IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS HOPPER,

        Plaintiff,                No. CIV S-05-1925 FCD KJM PS

    vs.

FOLSOM POLICE DEPARTMENT, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is proceeding in this action pro se. Plaintiff seeks relief under 42 U.S.C. § 1983 and various state law claims, and has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

1    A claim is legally frivolous when it lacks an arguable basis either in law or in fact.
2    Neitzke v. Williams, 490 U.S. 319, 325 (1989); Franklin v. Murphy, 745 F.2d 1221, 1227-28
3    (9th Cir. 1984).  The court may, therefore, dismiss a claim as frivolous where it is based on an
4    indisputably meritless legal theory or where the factual contentions are clearly baseless.  Neitzke,
5    490 U.S. at 327.
6    A complaint, or portion thereof, should only be dismissed for failure to state a
7    claim upon which relief may be granted if it appears beyond doubt that plaintiff can prove no set
8    of facts in support of the claim or claims that would entitle him to relief.  Hishon v. King &
9    Spalding, 467 U.S. 69, 73 (1984) (citing Conley v. Gibson, 355 U.S. 41, 45-46 (1957)); Palmer
10   v. Roosevelt Lake Log Owners Ass'n, 651 F.2d 1289, 1294 (9th Cir. 1981).  In reviewing a
11   complaint under this standard, the court must accept as true the allegations of the complaint in
12   question, Hospital Bldg. Co. v. Rex Hosp. Trustees, 425 U.S. 738, 740 (1976), construe the
13   pleading in the light most favorable to the plaintiff, and resolve all doubts in the plaintiff's favor,
14   Jenkins v. McKeithen, 395 U.S. 411, 421 (1969).
15   The complaint states a claim for use of excessive force under 42 U.S.C. § 1983
16   against defendants Litvinov and Schantz.  No allegations sufficient to support service, however,
17   are made against the remaining defendants.  The court therefore will direct plaintiff to submit the
18   forms necessary to serve defendants Litvinov and Schantz.  The court declines to order service on
19   the remaining defendants.
20   Accordingly, IT IS HEREBY ORDERED that:
21   1. Plaintiff shall obtain one USM-285 form for defendants Litvinov and Schantz,
22   one summons for each defendant and an instruction sheet.  Blank USM-285 forms, blank
23   summons, and instruction sheets are available in the office of the Clerk of the Court.
24   2. Within thirty days from the date of this order, plaintiff shall complete the
25   attached Notice of Submission of Documents and submit the completed Notice to the court with
26   /////

the following documents:

      a. One completed summons each for defendants Litvinov and Schantz;

      b. One completed USM-285 form for each defendant; and

      c. Two copies of the endorsed complaint and filed September 23, 2005.

    3. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the defendants under Federal Rule of Civil Procedure 4 without prepayment of costs.

    4. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: October 26, 2005.

                        UNITED STATES MAGISTRATE JUDGE

006
hopper.ifp-usm

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS HOPPER,

    Plaintiff,              No. CIV S-05-1925 FCD KJM PS

  vs.

FOLSOM POLICE DEPARTMENT, et al.,

    Defendants.         NOTICE OF SUBMISSION

                              OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      _____    completed USM-285 forms

      _____    copies of the Complaint

DATED:

                                              _____

                                              Plaintiff