RANDOLPH, CREGGER & CHALFANT LLP
ADRIAN L. RANDOLPH, SBN 133577
JENNY J. RIM, SBN 231584
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:   (916) 443-2124

Attorneys for Defendants
S. LITVINOV and T. SCHANTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HOPPER,<br><br>                Plaintiff,<br><br>      vs.<br><br>FOLSOM POLICE DEPARTMENT, CITY OF FOLSOM, OFFICER T. SHANTZ, S. LITVINOV, J. KRACHER, LASSADER and DOES 1 through 50, inclusive,<br><br>                Defendants.<br>_____/ | No.  05-CV-1925 FCD KJM PS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

Plaintiff CURTIS HOPPER, Plaintiff in Pro Se, and Defendants S. LITVINOV and T. SCHANTZ, by and through their attorney of record, Adrian L. Randolph of Randolph Cregger & Chalfant LLP, hereby stipulate that the above-entitled action may be dismissed, with prejudice

//
//
//
//
//

**Randolph Cregger & Chalfant**

- 1 -
STIP. FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

1 | Each party to bear their own costs and fees, pursuant to the terms of the stipulation.

2 | DATED: March 27, 2006

3 | /s/ CURTIS HOPPER
CURTIS HOPPER, Plaintiff in Pro Se

6 | DATED: March 31, 2006          RANDOLPH CREGGER & CHALFANT LLP

By____/s/ ADRIAN L. RANDOLPH_____
   ADRIAN L. RANDOLPH
Attorneys for Said Defendants

11 | ORDER

12 | IT IS HEREBY ORDERED that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and fees, pursuant to the stipulation.

14 | DATED: March 31, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
Distric Judge
U. S. District Court, Eastern District of California

**Randolph Cregger & Chalfant**

- 2 -
STIP. FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

# PROOF OF SERVICE

**CASE:** *Hopper v. Folsom Police Dept., et al.*
**NO:** U. S District Court, Eastern District of California
File No.05-CV-1925 FCD KJM PS

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Suite 100, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date stated below, I served the within **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** all parties in said action as addressed below by causing a true copy thereof to be:

x    **placed in a sealed envelope** with postage thereon fully
       prepaid in the designated area for outgoing mail:

___    **delivered by hand**:

___    **telecopied by facsimile**:

___    **express mailed**:

<u>Plaintiff in ProPer</u>
Curtis Hopper
5555 Hamill Avenue
San Diego, CA 92120

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this March 31, 2006 at Sacramento, California.

            /S/  SUSAN  R.  DARMS
            SUSAN R. DARMS

**Randolph Cregger & Chalfant**

- 3 -
STIP. FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON